IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-00305-MHT |
| | ) | (WO) |
| TAMETRIA CONNER DANTZLER | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

Now pending before the court is the government's motion for a preliminary order of forfeiture (Doc. 25) filed on August 1, 2024.

The government gave notice to the defendant in the Information (Doc. 1) that it would seek the forfeiture any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offenses in violation of 18 U.S.C. § 1343, and any property, real or personal, involved in or traceable to property involved in, violations of 18 U.S.C. § 1957. The defendant consents to the forfeiture. *See* Plea Agreement (Doc. 11, pp. 7-10, ¶¶ 24-32).

Accordingly, it is ORDERED that the government's motion for a preliminary order of forfeiture is granted as follows:

1. As a result of the guilty plea to counts 1 and 2 of the Information, the defendant shall forfeit to the government, pursuant to 18 U.S.C. § 982(a), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offenses in violation of 18 U.S.C. § 1343, and any property, real or personal, involved in or traceable to property involved in, violations of 18 U.S.C. § 1957.

2. The court has determined that the following property is subject to forfeiture pursuant to 18 U.S.C. § 982(a); that the defendant has an interest in such property; and that the government has established the requisite nexus between such property and such offenses:

    a. Certain real property and premises located at 6129 Jennifer Lane,

Montgomery, AL 36116, with all appurtenances and improvements thereon, more particularly described as follows: Lot 12, Block 11, according to the Map of Regency Park Plat No. 6-B as recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 29, at Page 209. Montgomery County, AL Tax Parcel Number: 15 01 02 4 001 001.007;

  b. Certain real property and premises located at 4513 Lonesome Pine Drive, Montgomery, AL, 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 23, Block 6, according to the Map of Dannelly Pines Plat #2, as said plat appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 209. Montgomery County, AL Tax Parcel Number: 14 03 06 1 007 002.000;

  c. Certain real property and premises located at 3835 Riviera Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 6, Block 13, according to the Map of Twin Gates South, Second Addition as said map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 166. Montgomery County, AL Tax Parcel Number: 11 09 32 4 001 025.000;

  d. Certain real property and premises located at 331 Adler Drive, Montgomery, AL 36116, with all appurtenances and improvements thereon, more particularly described as follows: Lot 11, Block 13, of Spring Valley Plat Number 5, as the Plat thereof appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 20, at Page 95. Montgomery County, AL Tax Parcel Number: 15 02 04 4 004 003.000;

  e. Certain real property and premises located at 6337 Red Cedar Drive, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 10, Red Cedar Farms Plat No. 2, as said Plat appears of record in the

Office of the Judge of Probate, Montgomery County, Alabama, in Plat Book 45, at Page 76. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.034;

      f.    Certain real property and premises located at 0 Mitchell Young Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Begin at the SW corner of the NW 1/4 of Section 34, Tl6N, Rl6E, Montgomery County, Alabama; thence N 89°06'07" W, 657.03 feet to the Point of Beginning; thence N 00°03'49" W, 670.50 feet; thence N 21°31'51" E, 43.99 feet; thence S 88°54'02" E, 1702.65 feet; thence S 89°52'34" E, l055.42 feet to a point on the West Right-of-Way of Mitchell Young Road; thence along said Right-of- Way S 27°07'23" W, 16.69 feet; thence N 89°52'34" W, 1054.51 feet; thence N 88°54'02" W, 710.61 feet; thence S 28°22'42" W, 457.90 feet; thence S 32°32'12" W, 189.56 feet; thence S 12°56'25" W, 107.26 feet; thence S 89°06'07" W, 657.03 feet to the Point of Beginning. Said parcel lying and being situated in the NW 1/4 of Section 34, T16N, Rl6E, Montgomery County, Alabama, and containing 13.9 acres, more or less. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.035;

      g.    Certain real property and premises located at 0 Cantelou Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: All that part of the Northwest Quarter of the Northwest Quarter of Section 33, Tl6N, R16E, Montgomery County, Alabama, lying North of the right-of-way of the Western Railway of Alabama. Montgomery County, AL Tax Parcel Number: 12 08 33 0 000 014.000; and

      h.    A forfeiture money judgment in the amount of $77,491.00.

    3.    Upon entry of this order, the United States Attorney General is authorized to seize the above-listed property and conduct any discovery proper in identifying, locating, or disposing

of the property subject to forfeiture in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

4.     Upon entry of this order, the United States Attorney General is authorized to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of this order.

5.     The government shall publish notice of the order and its intent to dispose of the property in such a manner as the United States Attorney General may direct. The government may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

6.     Any person, other than the above-named defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the subject property, and for an amendment of the order of forfeiture, pursuant to 28 U.S.C. § 2461(c), which incorporates 21 U.S.C. § 853(n)(6).

7.     Any petition filed by a third party asserting an interest in the subject property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property; the time and circumstances of the petitioner's acquisition of the right, title, or interest in the subject property; and any additional facts supporting the petitioner's claim and the relief sought.

8.     After the disposition of any motion filed under Federal Rule of Criminal Procedure 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

9. The government shall have clear title to the subject property following the court's disposition of all third-party interests, or, if no such petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2), which is incorporated by 28 U.S.C. § 2461(c), for the filing of third-party petitions.

10. The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

11. IT IS FURTHER ORDERED that the clerk of the court shall note entry of this order in writing on the judgment and forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 2nd day of August, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE