IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-00305-MHT |
| | ) | (WO) |
| TAMETRIA CONNER DANTZLER | ) | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

Pending before the court is the government's motion for an amended preliminary order of forfeiture (Doc. 30) filed October 29, 2024.

On August 2, 2024, this court entered a preliminary order of forfeiture (Doc. 26), which directed forfeiture of the following:

a. Certain real property and premises located at 6129 Jennifer Lane, Montgomery, AL 36116, with all appurtenances and improvements thereon, more particularly described as follows: Lot 12, Block 11, according to the Map of Regency Park Plat No. 6-B as recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 29, at Page 209. Montgomery County, AL Tax Parcel Number: 15 01 02 4 001 001.007.

b. Certain real property and premises located at 4513 Lonesome Pine Drive, Montgomery, AL, 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 23, Block 6, according to the Map of Dannelly Pines Plat #2, as said plat appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 209. Montgomery County, AL Tax Parcel Number: 14 03 06 1 007 002.000.

c. Certain real property and premises located at 3835 Riviera Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 6, Block 13, according to the Map of Twin Gates South, Second Addition as said map appears of record in the Office of the Judge of Probate of Montgomery County,

Alabama, in Plat Book 25, at Page 166. Montgomery County, AL Tax Parcel Number: 11 09 32 4 001 025.000.

   d. Certain real property and premises located at 331 Adler Drive, Montgomery, AL 36116, with all appurtenances and improvements thereon, more particularly described as follows: Lot 11, Block 13, of Spring Valley Plat Number 5, as the Plat thereof appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 20, at Page 95. Montgomery County, AL Tax Parcel Number: 15 02 04 4 004 003.000.

   e. Certain real property and premises located at 6337 Red Cedar Drive, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 10, Red Cedar Farms Plat No. 2, as said Plat appears of record in the Office of the Judge of Probate, Montgomery County, Alabama, in Plat Book 45, at Page 76. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.034.

   f. Certain real property and premises located at 0 Mitchell Young Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Begin at the SW corner of the NW 1/4 of Section 34, Tl6N, Rl6E, Montgomery County, Alabama; thence N 89°06'07" W, 657.03 feet to the Point of Beginning; thence N 00°03'49" W, 670.50 feet; thence N 21°31'51" E, 43.99 feet; thence S 88°54'02" E, 1702.65 feet; thence S 89°52'34" E, l055.42 feet to a point on the West Right-of-Way of Mitchell Young Road; thence along said Right-of- Way S 27°07'23" W, 16.69 feet; thence N 89°52'34" W, 1054.51 feet; thence N 88°54'02" W, 710.61 feet; thence S 28°22'42" W, 457.90 feet; thence S 32°32'12" W, 189.56 feet; thence S 12°56'25" W, 107.26 feet; thence S 89°06'07" W, 657.03 feet to the Point of Beginning. Said parcel lying and being situated in the NW 1/4 of Section 34, T16N, Rl6E, Montgomery County, Alabama, and containing 13.9 acres, more or less. Montgomery

County, AL Tax Parcel Number: 12 08 34 0 000 002.035.

        g.    Certain real property and premises located at 0 Cantelou Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: All that part of the Northwest Quarter of the Northwest Quarter of Section 33, Tl6N, R16E, Montgomery County, Alabama, lying North of the right-of-way of the Western Railway of Alabama. Montgomery County, AL Tax Parcel Number: 12 08 33 0 000 014.000.

        h.    A forfeiture money judgment in the amount of $ 77,491.00.

Since entry of the preliminary order of forfeiture, the government has been made aware the real property located at 6129 Jennifer Lane, Montgomery, AL 36116 was sold to a third party and the defendant no longer has an ownership interest in the property. The government no longer seeks forfeiture of the property.

Additionally, the government has been made aware that the real property located at 331 Adler Drive, Montgomery, AL 36116 is subject to a recorded judgment lien in the amount of $ 82,356.52, and foreclosure proceedings are currently pending in the Montgomery County Circuit Court for an additional mortgage lien in the amount of $ 77,852.30. Both liens are held by Trustmark National Bank. The government recognizes Trustmark's interest in the property and believes it is in the interest of justice to dismiss its forfeiture of the property to allow Trustmark to move forward with its foreclosure proceeding. The government no longer seeks forfeiture of the property.

Accordingly, it is, ORDERED that the government's motion (Doc. 30) is granted as follows:

    1.    The real property and premises located at 6129 Jennifer Lane, Montgomery, AL 36116, with all appurtenances and improvements thereon, (more particularly described as: Lot 12,

Block 11, according to the Map of Regency Park Plat No. 6-B as recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 29, at Page 209. Montgomery County, AL Tax Parcel Number: 15 01 02 4 001 001.007) is stricken from the preliminary order of forfeiture (Doc. 26).

2. The real property and premises located at 331 Adler Drive, Montgomery, AL 36116, with all appurtenances and improvements thereon, (more particularly described as follows: Lot 11, Block 13, of Spring Valley Plat Number 5, as the Plat thereof appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 20, at Page 95. Montgomery County, AL Tax Parcel Number: 15 02 04 4 004 003.000) is stricken from the preliminary order of forfeiture (Doc. 26).

3. The forfeiture money judgment, initially in the amount of $ 77,491.00, will be increased to $ 320,491.00 to include the value of the Jennifer Lane and Adler Drive properties.

4. The court has determined that the following property is subject to forfeiture pursuant to 18 U.S.C. § 982(a); that the defendant has an interest in such property; and that the government has established the requisite nexus between such property and such offenses:

    a. Certain real property and premises located at 4513 Lonesome Pine Drive, Montgomery, AL, 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 23, Block 6, according to the Map of Dannelly Pines Plat #2, as said plat appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 209. Montgomery County, AL Tax Parcel Number: 14 03 06 1 007 002.000.

    b. Certain real property and premises located at 3835 Riviera Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 6, Block 13, according to the Map of Twin Gates South, Second Addition

4

as said map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 166. Montgomery County, AL Tax Parcel Number: 11 09 32 4 001 025.000.

      c.     Certain real property and premises located at 6337 Red Cedar Drive, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 10, Red Cedar Farms Plat No. 2, as said Plat appears of record in the Office of the Judge of Probate, Montgomery County, Alabama, in Plat Book 45, at Page 76. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.034.

      d.     Certain real property and premises located at 0 Mitchell Young Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Begin at the SW corner of the NW 1/4 of Section 34, Tl6N, Rl6E, Montgomery County, Alabama; thence N 89°06'07" W, 657.03 feet to the Point of Beginning; thence N 00°03'49" W, 670.50 feet; thence N 21°31'51" E, 43.99 feet; thence S 88°54'02" E, 1702.65 feet; thence S 89°52'34" E, l055.42 feet to a point on the West Right-of-Way of Mitchell Young Road; thence along said Right-of- Way S 27°07'23" W, 16.69 feet; thence N 89°52'34" W, 1054.51 feet; thence N 88°54'02" W, 710.61 feet; thence S 28°22'42" W, 457.90 feet; thence S 32°32'12" W, 189.56 feet; thence S 12°56'25" W, 107.26 feet; thence S 89°06'07" W, 657.03 feet to the Point of Beginning. Said parcel lying and being situated in the NW 1/4 of Section 34, T16N, Rl6E, Montgomery County, Alabama, and containing 13.9 acres, more or less. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.035.

      e.     Certain real property and premises located at 0 Cantelou Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: All that part of the Northwest Quarter of the Northwest Quarter of Section

33, Tl6N, R16E, Montgomery County, Alabama, lying North of the right-of-way of the Western Railway of Alabama. Montgomery County, AL Tax Parcel Number: 12 08 33 0 000 014.000;

      f.     A forfeiture money judgment in the amount of $ 320,491.00.

5.     The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

6.     IT IS FURTHER ORDERED that the clerk of the court shall note entry of this order in writing on the judgment and forward a certified copy of this order to the United States Attorney's Office.

DONE, on this the 7th day of November, 2024.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE