IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-00305-MHT |
| | ) | (WO) |
| TAMETRIA CONNER DANTZLER | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture filed on March 31, 2025 (Doc. 65).

On November 7, 2024, this court entered an amended preliminary order of forfeiture (Doc. 36) ordering the defendant to forfeit her interest in the following:

a.      certain real property and premises located at 4513 Lonesome Pine Drive, Montgomery, AL, 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 23, Block 6, according to the Map of Dannelly Pines Plat #2, as said plat appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 209. Montgomery County, AL Tax Parcel Number: 14 03 06 1 007 002.000.

b.      certain real property and premises located at 3835 Riviera Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 6, Block 13, according to the Map of Twin Gates South, Second Addition as said map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 166. Montgomery County, AL Tax Parcel Number: 11 09 32  4 001 025.000.

c.      certain real property and premises located at 6337 Red Cedar Drive, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as

follows: Lot 10, Red Cedar Farms Plat No. 2, as said Plat appears of record in the Office of the Judge of Probate, Montgomery County, Alabama, in Plat Book 45, at Page 76. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.034.

d.        certain real property and premises located at 0 Mitchell Young Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Begin at the SW corner of the NW 1/4 of Section 34, Tl6N, Rl6E, Montgomery County, Alabama; thence N 89°06'07" W, 657.03 feet to the Point of Beginning; thence N  00°03'49" W, 670.50 feet; thence N 21°31'51" E, 43.99 feet; thence S 88°54'02" E, 1702.65 feet; thence S 89°52'34" E, l055.42 feet to a point on the West Right-of-Way of Mitchell Young Road; thence along said Right-of- Way S 27°07'23" W, 16.69 feet; thence N 89°52'34" W, 1054.51 feet; thence N 88°54'02" W, 710.61 feet; thence S 28°22'42" W, 457.90 feet; thence S 32°32'12" W, 189.56 feet; thence S 12°56'25" W, 107.26 feet; thence S 89°06'07" W, 657.03 feet to the Point of Beginning. Said parcel lying and being situated in the NW 1/4 of Section 34, T16N, Rl6E, Montgomery County, Alabama, and containing 13.9 acres, more or less. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.035.

e.        certain real property and premises located at 0 Cantelou Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: All that part of the Northwest Quarter of the Northwest Quarter of Section 33, Tl6N, R16E, Montgomery County, Alabama, lying North of the right-of-way of the Western Railway of Alabama. Montgomery County, AL Tax Parcel Number: 12 08 33 0 000 014.000;

f.        a forfeiture money judgment in the amount of $320,491.00.

No petitions of interest have been filed, and the time to do so has expired. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant 18 U.S.C. § 982(a), and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. §§ 1343 and 1957.

Accordingly, it is ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1.   The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 982(a):

**a.   certain real property and premises located at 4513 Lonesome Pine Drive, Montgomery, AL, 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 23, Block 6, according to the Map of Dannelly Pines Plat #2, as said plat appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 209. Montgomery County, AL Tax Parcel Number: 14 03 06 1 007 002.000.**

**b.   certain real property and premises located at 3835 Riviera Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 6, Block 13, according to the Map of Twin Gates South, Second Addition as said map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 166. Montgomery County, AL Tax Parcel Number: 11 09 32  4 001 025.000.**

3

c.      certain real property and premises located at 6337 Red Cedar Drive, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 10, Red Cedar Farms Plat No. 2, as said Plat appears of record in the Office of the Judge of Probate, Montgomery County, Alabama, in Plat Book 45, at Page 76. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.034.

d.      certain real property and premises located at 0 Mitchell Young Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Begin at the SW corner of the NW 1/4 of Section 34, Tl6N, Rl6E, Montgomery County, Alabama; thence N 89°06'07" W, 657.03 feet to the Point of Beginning; thence N  00°03'49" W, 670.50 feet; thence N 21°31'51" E, 43.99 feet; thence S 88°54'02" E, 1702.65 feet; thence S 89°52'34" E, l055.42 feet to a point on the West Right-of-Way of Mitchell Young Road; thence along said Right-of- Way S 27°07'23" W, 16.69 feet; thence N 89°52'34" W, 1054.51 feet; thence N 88°54'02" W, 710.61 feet; thence S 28°22'42" W, 457.90 feet; thence S 32°32'12" W, 189.56 feet; thence S 12°56'25" W, 107.26 feet; thence S 89°06'07" W, 657.03 feet to the Point of Beginning. Said parcel lying and being situated in the NW 1/4 of Section 34, T16N, Rl6E, Montgomery County, Alabama, and containing 13.9 acres, more or less. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.035.

e.      certain real property and premises located at 0 Cantelou Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: All that part of the Northwest Quarter of the Northwest Quarter of Section 33, Tl6N, R16E, Montgomery County, Alabama, lying North of the right-

**of-way of the Western Railway of Alabama. Montgomery County, AL Tax Parcel Number:**

**12 08 33 0 000 014.000;**

    **f.**  **a forfeiture money judgment in the amount of $320,491.00.**

  2.  All right, title and interest to the property described above is hereby condemned,

forfeited, and vested in the United States and shall be disposed of according to law.

  3.  In the event any of the above-listed real properties are occupied by any person,

including any tenants or squatters, any right of possession is here by extinguished.

  4.  The United States Marshals Service ("USMS") is hereby ordered to deliver a copy

of this order to any occupants of the above real properties by posting a copy of this order on the

front door of the properties.

  5.  Any occupants of the above listed properties are to vacate the premises and remove

all personal property within **three weeks** of the date of delivery of this order ("removal date").

  6.  If any occupant does not vacate the property by the removal date, the USMS may,

without further order of the court, remove the occupant and their personal property. In doing so,

the USMS may enlist the assistance of, and be accompanied by, any federal, state, or local law

enforcement officers it has selected to ensure the safety of any person, and may use such force as

reasonably necessary to gain entry and remove the occupants and their personal property, including

breaking locks, removing barricades, and forcibly removing any person or personal property from

the premises.

  7.  The USMS is authorized to grant extensions to the removal date at its sole

discretion.

8.      Any personal property remaining on the premises after the removal date shall be deemed abandoned and may be disposed of at the discretion of the USMS without further liability.

9.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

10.     The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 4th day of April, 2025.

　　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE