IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | CASE NO. 2:24-cr-00305-MHT |
| ) | (WO) |
| TAMETRIA CONNER DANTZLER ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

Pending before the court is the government's motion to amend final order of forfeiture filed May 29, 2025. (Doc. 81). Defense counsel has informed court staff that the motion is unopposed.

On April 4, 2025, this Court entered a Final Order of Forfeiture (Doc. 68) which directed forfeiture of the following:

a. certain real property and premises located at 4513 Lonesome Pine Drive, Montgomery, AL, 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 23, Block 6, according to the Map of Dannelly Pines Plat #2, as said plat appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 209. Montgomery County, AL Tax Parcel Number: 14 03 06 1 007 002.000.

b. certain real property and premises located at 3835 Riviera Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 6, Block 13, according to the Map of Twin Gates South, Second Addition as said map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 166. Montgomery County, AL Tax Parcel Number: 11 09 32  4 001 025.000.

c. certain real property and premises located at 6337 Red Cedar Drive, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 10, Red Cedar Farms Plat No. 2, as said Plat appears of record in the Office of the

Judge of Probate, Montgomery County, Alabama, in Plat Book 45, at Page 76. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.034.

      d.      certain real property and premises located at 0 Mitchell Young Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Begin at the SW corner of the NW 1/4 of Section 34, Tl6N, Rl6E, Montgomery County, Alabama; thence N 89°06'07" W, 657.03 feet to the Point of Beginning; thence N 00°03'49" W, 670.50 feet; thence N 21°31'51" E, 43.99 feet; thence S 88°54'02" E, 1702.65 feet; thence S 89°52'34" E, l055.42 feet to a point on the West Right-of-Way of Mitchell Young Road; thence along said Right-of- Way S 27°07'23" W, 16.69 feet; thence N 89°52'34" W, 1054.51 feet; thence N 88°54'02" W, 710.61 feet; thence S 28°22'42" W, 457.90 feet; thence S 32°32'12" W, 189.56 feet; thence S 12°56'25" W, 107.26 feet; thence S 89°06'07" W, 657.03 feet to the Point of Beginning. Said parcel lying and being situated in the NW 1/4 of Section 34, T16N, Rl6E, Montgomery County, Alabama, and containing 13.9 acres, more or less. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.035.

      e.      certain real property and premises located at 0 Cantelou Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: All that part of the Northwest Quarter of the Northwest Quarter of Section 33, Tl6N, R16E, Montgomery County, Alabama, lying North of the right-of-way of the Western Railway of Alabama. Montgomery County, AL Tax Parcel Number: 12 08 33 0 000 014.000;

      f.      a forfeiture money judgment in the amount of $320,491.00.

The government has since been made aware the properties located at 0 Mitchell Young Road, 0 Cantelou Road, and 6337 Red Cedar Drive were sold prior to the entry of the Final Order of Forfeiture. There is no indication the purchasers were involved in any criminal activity and they

2

are not associated with the defendant, and are therefore innocent owners as defined by 18 U.S.C. § 983(d)(3).

Accordingly, it is ORDERED that the government's motion is granted as follows:

1.  The final order of forfeiture (Doc. 68) is vacated as to the following:

   a.   certain real property and premises located at 6337 Red Cedar Drive, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 10, Red Cedar Farms Plat No. 2, as said Plat appears of record in the Office of the Judge of Probate, Montgomery County, Alabama, in Plat Book 45, at Page 76. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.034;

   b.   certain real property and premises located at 0 Mitchell Young Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Begin at the SW corner of the NW 1/4 of Section 34, Tl6N, Rl6E, Montgomery County, Alabama; thence N 89°06'07" W, 657.03 feet to the Point of Beginning; thence N 00°03'49" W, 670.50 feet; thence N 21°31'51" E, 43.99 feet; thence S 88°54'02" E, 1702.65 feet; thence S 89°52'34" E, l055.42 feet to a point on the West Right-of-Way of Mitchell Young Road; thence along said Right-of- Way S 27°07'23" W, 16.69 feet; thence N 89°52'34" W, 1054.51 feet; thence N 88°54'02" W, 710.61 feet; thence S 28°22'42" W, 457.90 feet; thence S 32°32'12" W, 189.56 feet; thence S 12°56'25" W, 107.26 feet; thence S 89°06'07" W, 657.03 feet to the Point of Beginning. Said parcel lying and being situated in the NW 1/4 of Section 34, T16N, Rl6E, Montgomery County, Alabama, and containing 13.9 acres, more or less. Montgomery County, AL Tax Parcel Number: 12 08 34 0 000 002.035; and

   c.   certain real property and premises located at 0 Cantelou Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly

described as follows: All that part of the Northwest Quarter of the Northwest Quarter of Section 33, Tl6N, R16E, Montgomery County, Alabama, lying North of the right-of-way of the Western Railway of Alabama. Montgomery County, AL Tax Parcel Number: 12 08 33 0 000 014.000

    2.    The defendant shall be held liable for a forfeiture money judgment in the amount of $464,491.00.

    3.    The following properties remain forfeited to the United States pursuant to 18 U.S.C. § 982(a):

    a.    certain real property and premises located at 4513 Lonesome Pine Drive, Montgomery, AL, 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 23, Block 6, according to the Map of Dannelly Pines Plat #2, as said plat appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 209. Montgomery County, AL Tax Parcel Number: 14 03 06 1 007 002.000; and

    b.    certain real property and premises located at 3835 Riviera Road, Montgomery, AL 36108, with all appurtenances and improvements thereon, more particularly described as follows: Lot 6, Block 13, according to the Map of Twin Gates South, Second Addition as said map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 25, at Page 166. Montgomery County, AL Tax Parcel Number: 11 09 32  4 001 025.000.

    4.    All right, title, and interest in the properties described in paragraph 3 remains condemned, forfeited, and vested in the United States and shall be disposed of according to law.

    5.    The court shall retain jurisdiction to enforce this order and to amend it as necessary.

    8.    The clerk of the court shall forward a certified copy of this order to the United

States Attorney's Office.

DONE, on this the 30th day of May, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE