IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:24cr305-MHT
                            )           (WO)
TAMETRIA CONNER DANTZLER    )
```

SUPPLEMENT TO THE RECORD

By agreement of the parties, *see* Joint Response to Court Order (Doc. 83), the court supplements the record as follows.  As explained during the status conference on May 28, 2025, the court omitted from its sentencing opinion and oral explanation of the sentence a part of the reasoning it used in deciding upon the sentence imposed.  In deciding the sentence, and specifically in determining the conditions of supervised release, the court considered the capabilities of the U.S. Probation Office and the amount of work it would place on it.  More specifically, the court considered imposing a year of home confinement in addition to a year of weekends in jail.  However, the court decided that adding home confinement in addition to weekends in jail would place

too great a burden on the Probation Office, which would be required to meet with the defendant at the start of each weekend to remove the electronic monitoring equipment from the defendant and then would have to meet with her again at the end of each weekend to reinstall the equipment. In an earlier case, the Probation Office brought to the court's attention the substantial amount of work the office would bear enforcing such dual requirements simultaneously.

The court leaves it to the parties to decide how to add this supplement to the record before the appeals court.

DONE, this the 6th day of June, 2025.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**