IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )      CRIMINAL ACTION NO.
      v.                     )         2:24cr305-MHT
                             )            (WO)
TAMETRIA CONNER DANTZLER     )

ORDER

This case is before the court on defendant Tametria Conner Dantzler's motion for a new detention order, which the court construes as a motion for modification of the conditions of supervised release.  The court previously imposed a condition of supervised release requiring Dantzler to serve weekends in jail for one year.  *See* Judgment (Doc. 66) at 5; Order Modifying Conditions of Supervised Release (Doc. 102) ("The defendant shall serve 52 weekends in jail, or an equivalent period of time each week, for one year.").  On May 19, 2026, the court issued an order clarifying the days Dantzler must serve prior to July 3, 2026.

In her current motion, Dantzler represents that the United States Probation Office requests a court order to

alter her detention from intermittent confinement to a continuous period of confinement of 28 days.  Because such a modification would help to effectuate the requirement that Dantzler serve an appropriate amount of time in jail, and as there is no opposition to the motion, the court finds that the motion should be granted.

***

Accordingly, it is ORDERED that:

(1) The motion to modify the conditions of supervised release (Doc. 115) is granted.

(2)  The condition of supervised release requiring defendant Tametria Conner Dantzler to spend 52 weekends in jail is modified to the extent that (a) the requirement of serving further weekends in jail is lifted, and instead (b) defendant Dantzler shall serve 28 consecutive days in Bureau of Prisons custody prior to July 3, 2026.

DONE, this the 29th day of May, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2